UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>US Department of Labor, Secretary of Labor</u>,
    Plaintiff,

                                    Case No. 21-cv-140-SM

    v.

<u>Puerto Vallarta Mexican Grill, LLC, et al</u>,
    Defendants

<u>JUDGMENT</u>

In accordance with the Endorsed Order and Consent Judgment and Order dated February 22, 2021, by District Judge Steven J. McAuliffe, judgment is hereby entered.

                                    By the Court

                                    */s/ Tracy Uhrin*
                                    Tracy Uhrin,
                                    Chief Deputy Clerk

Date: February 22, 2021

cc:   Counsel of Record